IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02493-ZLW

CLIFTON RAY OLIVER,
    Plaintiff,

v.

JOHN DOE VALLIE,
JOHN DOE MURPHY,
JOHN DOE WATSON,
JOHN DOE PULLET,
JOHN DOE WHEELER,
JOHN DOE RODRIQUEZ,
JOHN DOE WRITTEMYER, and
JOHN DOE McELROY,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 10 2006

GREGORY C. LANGHAM
                CLERK

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff Clifton Ray Oliver has filed *pro se* on June 28, 2006, a "Motion for Reconsideration" in which he asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed in this action on June 19, 2006. The Court must construe the motion to reconsider liberally because Mr. Oliver is proceeding *pro se*. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243

(10th Cir. 1991). Mr. Oliver filed the motion to reconsider within ten days after the Order and Judgment of Dismissal. Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). **See Van Skiver**, 952 F.2d at 1243.

The Court dismissed the instant action without prejudice because Mr. Oliver was ordered to file an amended complaint by May 31, 2006, and he failed to do so. The Court signed the Order and Judgment of Dismissal on June 14, 2006. That same day, the Court received from Mr. Oliver an amended complaint. However, as noted above, the amended complaint was due by May 31, 2006. Mr. Oliver alleges in the motion to reconsider that he attempted to file his amended complaint within the time allowed but it was returned for lack of sufficient postage.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Oliver fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. Therefore, the motion to reconsider will be denied. Mr. Oliver is advised that, because the Court dismissed the instant action without prejudice, he may pursue his claims by filing a new action if he chooses. Accordingly, it is

ORDERED that the "Motion for Reconsideration" filed on June 28, 2006, is denied.

DATED at Denver, Colorado, this _10_ day of _July_, 2006.

BY THE COURT:

_/s/ Zita L. Weinshienk_
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02493-BNB

Clifton Ray Oliver
Reg. No. 35123-048
McNeil Isalnd Corr. Center
PO Box 88100
Steilacoom, WA 98388-1000

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/10/06

                                GREGORY C. LANGHAM, CLERK

                                By: _____
                                        Deputy Clerk